# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

131955

IVAN McDOWELL and OLIVIA McDOWELL,
     Plaintiffs-Appellants,

v

MOORE INSURANCE SERVICES, INC., and
AUTO-OWNERS INSURANCE COMPANY,
     Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131955
COA: 267853
Hillsdale CC: 05-000061-CH

_____/

On order of the Court, the application for leave to appeal the July 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WEAVER and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

_____
Clerk

t1206